**EXHIBIT E – EXEMPLARY INFRINGEMENT CHART OF U.S. PATENT NO. 8,855,720**

Accused Products: TCL 40SE, 40 NXTPaper, 40XL, 40 NxtPaper 5G, 20 Pro 5G, 403, 30 SE, 10 Pro, 20 R 5G, 30 XL, 10L, 10 5G, 20 SE, 408, 30+, 40 X, 40 XE, Stylus, 30 5G, 306, 30 XE 5G, ION X, 40R, A3, 40 X, 20 XE, 405, 30, 30 V 5G, 20E, 10 SE, 10 Plus, 406, 305, Plex, 20 5G, 20L+, 20L, A30, 30E, 20Y, 20S, 30 LE, 10 5G UW, 20B, 205, L10Pro, and all other devices running Android 4.4 operate in an identical manner in terms of infringement.  As such, this Chart uses the TCL 40 5G as an exemplary product.

| Claim Language | Exemplary Infringement Evidence |
|---|---|
| **Claim 1** ||
| [1 Preamble] A method of setting an idle screen to be displayed in an idle state of a mobile terminal among a plurality of screens usable as the idle screen, the method comprising: | To the extent the preamble is limiting, the Accused Products practice a method of setting an idle screen to be displayed in an idle state of a mobile terminal among a plurality of screens usable as the idle screen.<br><br> |

| | |
|---|---|
| [1A]   selecting application programs from application programs installed in the mobile terminal, based on a selection from a user, wherein each of the selected application programs is allocated to one of the screens so that the screens present shortcut icons of the application programs allocated thereto; | The Accused Products practice the step of selecting application programs from application programs installed in the mobile terminal, based on a selection from a user, wherein each of the selected application programs is allocated to one of the screens so that the screens present shortcut icons of the application programs allocated thereto. For example, the Clock application program is installed in the Accused Products and is selected by the user. After selection by the user, the Clock application is allocated to the home screen with a shortcut icon.<br><br>   |

| [1B] displaying, in the idle state, one of the screens as the idle screen on a display unit of the mobile terminal, wherein the displayed idle screen presents the shortcut icons corresponding to the application programs allocated thereto; | The Accused Products practice the step of displaying, in the idle state, one of the screens as the idle screen on a display unit of the mobile terminal, wherein the displayed idle screen presents the shortcut icons corresponding to the application programs allocated thereto. For example, the idle screen of the touch screen display of the Accused Products displays the shortcut icons of the application programs allocated thereto.  |

| [1C] displaying, in response to an idle screen switch request, a next one of the screens on the display unit according to an order of the screens; and | The Accused Products practice the step of displaying, in response to an idle screen switch request, a next one of the screens on the display unit according to an order of the screens. For example, the idle screens are displayed in order in response to idle screen switch requests (via navigation buttons, gestures, or the navigation assistant) by the user.<br> |
|---|---|

| | |
|---|---|
| [1D] setting a currently displayed screen as the idle screen to be displayed in the idle state, | The Accused Products practice the step of setting a currently displayed screen as the idle screen to be displayed in the idle state. For example, the current screen is the displayed idle screen in the idle state.  |

| [1E] wherein the idle screen is displayed on the display unit with indicators corresponding to the screens, and | The Accused Products practice the step of wherein the idle screen is displayed on the display unit with indicators corresponding to the screen. For example, the idle screen is displayed with indicators at the bottom of the display unit.  |
| --- | --- |

| | |
|---|---|
| [1F] an indicator corresponding to the screen, which is set as the idle screen, is displayed distinguishably from the rest of the indicators. | The Accused Products practice the step of wherein an indicator corresponding to the screen, which is set as the idle screen, is displayed distinguishably from the rest of the indicators. For example, when a user has a specific home screen selected to display, the indicator corresponding to that particular home screen is displayed in a manner which is brighter or bolder than the non-selected home screens, allowing the user to quickly determine which home screen is currently being displayed.<br><br> |

| Claim 2 | |
| --- | --- |
| 2. The method as claimed in claim 1, wherein the selecting comprises displaying, on the display unit, the shortcut icons of the application programs. | The Accused Products further practice the step of wherein the selecting comprises displaying, on the display unit, the shortcut icons of the application programs. For example, when the Clock application is selected, the shortcut icon is displayed on the display screen on the Accused Products.  |

| Claim 4 |  |
|---|---|
| 4. The method as claimed in claim 1, wherein the idle screen switch request is a leftward or rightward movement request. | The Accused Products further practice the step of wherein the idle screen switch request is a leftward or rightward movement request. For example, the user is able to switch idle screens by swiping leftward or rightward.<br><br>The Home screen is provided in an extended format to allow more space for adding applications, shortcuts, etc. Slide the Home screen horizontally to get a complete view.<br><br>**Using the touchscreen**<br><br>**Tap** <br><br>To open an application, tap it with your finger.<br><br>**Touch and Hold** <br><br>Touch and hold the item to view options for the item, such as **Move**, **Remove**, and more.<br><br>**Drag** <br><br>Place your finger on the screen to drag an object to another location.<br><br>**Slide/Swipe** <br><br>Slide or swipe on the screen to scroll through the applications, images, web pages, and more. |



**Status bar**

- Status/notification indicators
- Drag down to open the Notification panel.

Tap an icon to open an application, folder, etc.

**Favorite Applications tray**

- Tap to open the application.
- Touch and hold to move or change applications.

| Claim 5 |
|---|
| 5. The method as claimed in claim 1, wherein the idle screen switch request indicates whether the screens are switched either in an ascending or in a descending order. | The Accused Products further practice the step of wherein the idle screen switch request indicates whether the screens are switched either in an ascending or in a descending order. For example, when a user inputs a navigation command (via buttons, gestures, or navigation assistant) the home screens are displayed in a descending order (i.e., in order from first to last).<br><br>The Home screen is provided in an extended format to allow more space for adding applications, shortcuts, etc. Slide the Home screen horizontally to get a complete view.<br><br>**Using the touchscreen**<br><br>**Tap** <br>To open an application, tap it with your finger.<br><br>**Touch and Hold** <br>Touch and hold the item to view options for the item, such as **Move**, **Remove**, and more.<br><br>**Drag** <br>Place your finger on the screen to drag an object to another location.<br><br>**Slide/Swipe** <br>Slide or swipe on the screen to scroll through the applications, images, web pages, and more. |

| Claim 6 | |
|---|---|
| 6. The method as claimed in claim 1, wherein the screens display an operating condition of the mobile terminal in common, and the displayed operating condition comprises power utilization and radio wave reception strength. | The Accused Products further practice the step of wherein the screens display an operating condition of the mobile terminal in common, and the displayed operating condition comprises power utilization and radio wave reception strength. For example, the Accused Products display at least one icon indicating power utilization (remaining battery power and whether the battery is charging or discharging), radio wave reception (whether the device is on a Wi-Fi network and the signal strength of the network) and the time on the Status Bar. The icons are displayed on the Status Bar regardless of which home screen is being presented to the user. |

### 1.3    Home screen

You can bring all of the items (applications, shortcuts, folders and widgets) you use most frequently to your Home screen for quick access. Tap the **Home** button to get instant access to the Home screen.

Status bar
• Status/notification indicators
• Drag down to open the Notification panel.

Tap an icon to open an application, folder, etc.

Favorite Applications tray
•Tap to open the application.
•Touch and hold to move or change applications.

## Status bar

From the status bar, you can view both phone status and notification information.

**Status icons**

| Icon | Description | Icon | Description |
|------|-------------|------|-------------|
| | GSM | | Vibrate mode |
| | WCDMA | | Alarm is set |
| | LTE | | Connected to a Wi-Fi network |
| | 5G | | Speakerphone is on |
| | Signal strength | | No SIM card inserted |
| | No signal | | Battery is charging |
| | Airplane mode | | Battery is low |
| | Bluetooth connected | | Battery is partially drained |
| | Headset connected | | Battery is full |
| | Location (GPS) is on | | |

| Claim 8 | |
|---|---|
| [8 Preamble] A mobile terminal for setting an idle screen to be displayed in an idle state among a plurality of screens usable as the idle screen, the mobile terminal comprising: | To the extent the preamble is limiting, the Accused Products are mobile terminals for setting an idle screen to be displayed in an idle state among a plurality of screens usable as the idle screen.<br><br> |

| | |
|---|---|
| [8A] a user interface configured to be operable by a user; | The Accused Products comprise a user interface configured to be operable by a user. For example, they comprise android software which allows the user to configure the devices' home screens via an active area-touch panel.<br><br> |

| [8B]<br>a display unit; and | The Accused Products comprise a display unit.  For example, they comprise touch screen displays.<br><br>**DISPLAY**<br><br>| Size | 6.56" |<br>| Type | V-notch Display |<br>| Resolution | 720 X 1612 HD+ |<br>| Aspect Ratio | 20:9 |<br>| Glass Type | 2.5D glass |<br>| Touch Technology | Capacitive |<br>| Refresh Rate | 90Hz |<br>| Touch Sampling Rate | 180Hz | |

| [8C] a control unit; | The Accused Products comprise a control unit.  For example, they comprise a processor which controls the overall operation of the mobile communications terminal. |
|---|---|

**FEATURES**

| | |
|---|---|
| Processor | MediaTek Dimensity 700, MT 6833 |
| Speed & Type | 2x 2.2GHz + 6 x 2.0GHz , Up to 2.2GHz Octa-core |
| Operating System and Version No. | Android 13 |
| Sensors | GPS, Accelerometer (G sensor), Proximity Sensor, Light Sensor, E-Compass, Gyro Barometer |
| Fingerprint | Yes |
| Facial Recognition | Yes |
| Real Time Text (RTT) | Yes |
| SAR Rating | 1.379 W/kg (ear) 1.125 W/kg (body) |

| [8D] configured to: select application programs from application programs installed in the mobile terminal, based on an input from the user interface; | The Accused Products comprise control units (i.e., processors) which are configured to select application programs (i.e., Apps) from application programs installed in the mobile terminal, based on input from the user interface.  For example, the Accused Products comprise customizable home screens which the user can add or remove application short cuts and widgets via selection.<br><br>**1.3   Home screen**<br><br>You can bring all of the items (applications, shortcuts, folders and widgets) you use most frequently to your Home screen for quick access. Tap the **Home** button to get instant access to the Home screen.<br><br> |

| | |
|---|---|
| [8E] wherein each of the selected application programs is allocated to one of the screens so that the screens present shortcut icons of the application programs allocated thereto; | The Accused Products allow the user to allocate each of the selected application programs (i.e., Apps) to one of the screens so that the screen presents shortcut icons of the applications programs allocated thereto. For example, the user can customize each home screen to add one or more application shortcut icons or widgets to display on that particular home screen.    |

| [8F] display, in the idle state, one of the screens as the idle screen on the display unit of the mobile terminal, wherein the currently displayed idle screen presents the shortcut icons corresponding to the application programs allocated thereto; | The Accused Products display, in the idle state, one of the screens as the idle screen of the display unit of the mobile communications terminal, wherein the currently displayed idle screen presents the shortcut icons corresponding to the application programs allocated thereto. For example, when in an idle state (*i.e.*, not operating or displaying an application program) the Accused Products display a home screen which comprises one or more shortcut icons (which correspond to application programs) which are allocated to that particular home screen. |

| [8G]    display,    in response to an idle screen switch request from the user interface, a next one of the screens on the display unit according to an order of the screens, and | The Accused Products display, in a response to an idle screen switch request from the user interface, a next one of the screens on the display unit according to an order of the screens.  For example, when a user selects a navigation request (via navigation buttons or gestures) the user is presented with the next one of the home screens in order from left to right.  |
| --- | --- |

| | |
|---|---|
| [8H] set a currently displayed screen as the idle screen to be displayed in the idle state, | The Accused Products set a currently displayed screen as the idle screen to be displayed in an idle state. <br><br> For example, when a user selects a next home screen, the Accused Products display that home screen as the idle screen and display that home screen while in an idle state. <br><br>  |

| | |
|---|---|
| [8I] wherein the control unit is configured to display, on the display unit, the idle screen with indicators corresponding to the screens, and | The Accused Products comprise a control unit (i.e., a processor) which is configured to display, on the display unit, the idle screen with indicators corresponding to the screens. For example, the processor displays the home screen with a navigation bar which contains indicators at the bottom of the screen which correspond to the different home screens (i.e., the white circular icons shown below at the bottom of each screen).<br><br> |

| | |
|---|---|
| [8J] wherein an indicator corresponding to the screen, which is set as the idle screen, is displayed distinguishably from the rest of the indicators. | The Accused Products comprise an indicator corresponding to the screen, which is set as the idle screen, and which is displayed distinguishable from the rest of the indicators. For example, when a user has a specific home screen selected to display, the indicator corresponding to that particular home screen is displayed in a manner which is brighter than the non-selected home screens, allowing the user to quickly determine which home screen is currently being displayed.<br><br> |

| CLAIM 9 | |
|---|---|
| [9] The mobile terminal as claimed in claim 8, wherein the idle screen switch request is a leftward or rightward movement request. | The Accused Products meet the limitations of Claim 8, and further, wherein the idle screen request is a leftward or rightward movement request. For example, the user is able to switch idle screens by swiping leftward or rightward. |

The Home screen is provided in an extended format to allow more space for adding applications, shortcuts, etc. Slide the Home screen horizontally to get a complete view.

## Using the touchscreen

**Tap**

To open an application, tap it with your finger.

**Touch and Hold**

Touch and hold the item to view options for the item, such as **Move**, **Remove**, and more.

**Drag**

Place your finger on the screen to drag an object to another location.

**Slide/Swipe**

Slide or swipe on the screen to scroll through the applications, images, web pages, and more.



**Status bar**
- Status/notification indicators
- Drag down to open the Notification panel.

Tap an icon to open an application, folder, etc.

**Favorite Applications tray**
- Tap to open the application.
- Touch and hold to move or change applications.

| CLAIM 10 | |
|---|---|
| | The Accused Products meet the limitations of claim 8, and further, wherein the switch request indicates whether the screens are switched in either an ascending or in a descending order. For example, when a user inputs a navigation command (via buttons or gestures) the home screens are displayed in a descending order (*i.e.*, in order from first to last). |
| [10] The mobile terminal as claimed in claim 8, wherein the idle screen switch request indicates whether the screens are switched either in an ascending or in a descending order. | The Home screen is provided in an extended format to allow more space for adding applications, shortcuts, etc. Slide the Home screen horizontally to get a complete view.<br><br>**Using the touchscreen**<br><br>**Tap** <br><br>To open an application, tap it with your finger.<br><br>**Touch and Hold** <br><br>Touch and hold the item to view options for the item, such as **Move**, **Remove**, and more.<br><br>**Drag** <br><br>Place your finger on the screen to drag an object to another location.<br><br>**Slide/Swipe**<br><br>Slide or swipe on the screen to scroll through the applications, images, web pages, and more. |



| CLAIM 11 | |
|---|---|
| 11. The mobile terminal as claimed in claim 8, wherein the display unit is further configured to display at least one icon for indicating an operating condition of the mobile terminal and said at least one icon remains displayed even with the idle screen switch request, wherein the operating condition comprises at least one of power utilization, radio wave reception strength and time. | The Accused Products meet the limitations of claim 8, and further, wherein the display unit is configured to display at least one icon for indicating an operating condition of the mobile terminal and said at least one icon remains displayed even with the idle screen switch request, wherein the operating condition comprises at least one of power utilizations, radio wave reception strength and time. For example, the Accused Products display at least one icon indicating power utilization (remaining battery power and whether the battery is charging or discharging), radio wave reception (whether the device is on a Wi-Fi network and the signal strength of the network) and the time on the Status Bar. The icons are displayed on the Status Bar regardless of which home screen is being presented to the user.

### 1.3   Home screen

You can bring all of the items (applications, shortcuts, folders and widgets) you use most frequently to your Home screen for quick access. Tap the **Home** button to get instant access to the Home screen.

**Status bar**
- Status/notification indicators
- Drag down to open the Notification panel.

Tap an icon to open an application, folder, etc.

**Favorite Applications tray**
- Tap to open the application.
- Touch and hold to move or change applications. |

## Status bar

From the status bar, you can view both phone status and notification information.

**Status icons**

| | | | |
|---|---|---|---|
| GSM | | Vibrate mode | |
| WCDMA | | Alarm is set | |
| LTE | | Connected to a Wi-Fi network | |
| 5G | | Speakerphone is on | |
| Signal strength | | No SIM card inserted | |
| No signal | | Battery is charging | |
| Airplane mode | | Battery is low | |
| Bluetooth connected | | Battery is partially drained | |
| Headset connected | | Battery is full | |
| Location (GPS) is on | | | |

| CLAIM 13 ||
|---|---|
| 13. A non-transitory computer-readable recording medium for storing a program for setting an idle screen to be displayed in an idle state of a mobile terminal among a plurality of screens usable as the idle screen, wherein the program, when executed by the mobile terminal, instructs the mobile terminal to perform: | The Accused Products comprise a computer readable recording medium for storing a program for setting an idle screen to be displayed in an idle state of a mobile terminal among a plurality of screens usable as the idle screen.

For example, the Accused Products comprise computer readable memory (*e.g.* 64 GB of ROM and 4GB of RAM) which stores the Android operating system which displays one or more home screens in an idle state, as shown below.

MEMORY

| ROM/RAM | 64GB/4GB |
| SD Support | Up to 1TB1 |
| User Available Memory | 47GB | |

The Accused Products comprise software the allows the user to select application programs from application programs installed on the device, based on input from a user, wherein each of the selected application programs is allocated to one of the screens so that the screens presents shortcut icons to the application programs allocated thereto. For example, the Accused Products allow the user to customize their home screens (including adding multiple home screens) with one or more icons (shortcuts) to application programs, so that the icon is displayed on the selected home screen.

selecting application programs from application programs installed in the mobile terminal, based on an input from a user, wherein each of the selected application programs is allocated to one of the screens so that the screens presents shortcut icons of the application programs allocated thereto;

  

| | |
|---|---|
| displaying, in the idle state, one of the screens as the idle screen on a display unit of the mobile terminal, wherein the displayed idle screen presents the shortcut icons corresponding to the application programs allocated thereto; | The Accused Products display one of the idle screens on the device when in an idle state, wherein the idle screen presents the shortcut icons corresponding to the application programs allocated thereto.<br><br>For example, when in an idle state (*i.e.*, not operating or displaying an application program) the Accused Products display a home screen which comprises one or more shortcut icons (which correspond to application programs) which are allocated to that particular home screen.<br><br> |

| | |
|---|---|
| displaying, in response to an idle screen switch request, a next one of the screens on the display unit according to an order of the screens; and | The Accused Products display, in response to an idle screen switch request, a next one of the screens on the display unit according to an order of the screens.<br><br>For example, when a user selects a navigation request (via navigation buttons or gestures) the user is presented with the next one of the home screens in order.<br><br> |

| | |
|---|---|
| setting a currently displayed screen as the idle screen to be displayed in the idle state, | The Accused Products set a currently displayed screen as the idle screen to be displayed in the idle state.<br><br>For example, when a user selects a next home screen, the Accused Products display that home screen as the idle screen and display that home screen while in an idle state.<br><br> |

| | |
|---|---|
| wherein the idle screen is displayed on the display unit with indicators corresponding to the screens, and | The Accused Products display the idle screen on the device with indicators corresponding to the screens.<br><br>For example, the processor displays the home screen with a navigation bar which contains indicators at the bottom of the screen which correspond to the different home screens (*i.e.*, the white circular icons shown below at the bottom of each screen).<br><br> |

| | |
|---|---|
| an indicator corresponding to the screen, which is set as the idle screen, is displayed distinguishably from the rest of the indicators. | The Accused Products comprise an indicator corresponding to the screen, which is set as the idle screen, which is displayed distinguishably from the rest of the indicators.<br><br>For example, when a user has a specific home screen selected to display, the indicator corresponding to that particular home screen is displayed in a manner which is brighter than the non-selected home screens, allowing the user to quickly determine which home screen is currently being displayed.<br><br> |

| CLAIM 14 | |
|---|---|
| 14. The non-transitory computer-readable recording medium as claimed in claim 13, wherein the idle screen switch request is a leftward or rightward movement request. | The Accused Products meet the limitations of Claim 14, and further, wherein the idle screen request is a leftward or rightward movement request. For example, the user is able to switch idle screens by swiping leftward or rightward as shown in the below images.<br><br>The Home screen is provided in an extended format to allow more space for adding applications, shortcuts, etc. Slide the Home screen horizontally to get a complete view.<br><br>**Using the touchscreen**<br><br>**Tap** <br><br>To open an application, tap it with your finger.<br><br>**Touch and Hold** <br><br>Touch and hold the item to view options for the item, such as **Move**, **Remove**, and more.<br><br>**Drag** <br><br>Place your finger on the screen to drag an object to another location.<br><br>**Slide/Swipe** <br><br>Slide or swipe on the screen to scroll through the applications, images, web pages, and more. |



**Status bar**
- Status/notification indicators
- Drag down to open the Notification panel.

Tap an icon to open an application, folder, etc.

**Favorite Applications tray**
- Tap to open the application.
- Touch and hold to move or change applications.

| CLAIM 15 | |
|---|---|
| | The Accused Products meet the limitations of claim 15, and further, wherein the screens display an operating condition of the mobile terminal in common, and the displayed operating condition comprises at least one of power utilization, radio wave reception strength and time. For example, the Accused Products display at least one icon indicating power utilization (remaining battery power and whether the battery is charging or discharging), radio wave reception (whether the device is on a Wi-Fi network and the signal strength of the network) and the time on the Status Bar. The icons are displayed on the Status Bar regardless of which home screen is being presented to the user. |
| 15. The non-transitory computer-readable recording medium as claimed in claim 13, wherein the screens display an operating condition of the mobile terminal in common, and the displayed operating condition comprises at least one of power utilization, radio wave reception strength and time. | |

## Status bar

From the status bar, you can view both phone status and notification information.

**Status icons**

| | | | |
|---|---|---|---|
| GSM | | Vibrate mode | |
| WCDMA | | Alarm is set | |
| LTE | | Connected to a Wi-Fi network | |
| 5G | | Speakerphone is on | |
| Signal strength | | No SIM card inserted | |
| No signal | | Battery is charging | |
| Airplane mode | | Battery is low | |
| Bluetooth connected | | Battery is partially drained | |
| Headset connected | | Battery is full | |
| Location (GPS) is on | | | |