**EXHIBIT F – EXEMPLARY  INFRINGEMENT CHART OF U.S. PATENT NO. 9,613,060**

Accused Products: TCL 40SE, 40 NXTPaper, 40XL, 40 NxtPaper 5G, 20 Pro 5G, 403, 30 SE, 10 Pro, 20 R 5G, 30 XL, 10L, 10 5G, 20 SE, 408, 30+, 40 X, 40 XE, Stylus, 30 5G, 306, 30 XE 5G, ION X, 40R, A3, 40 X, 20 XE, 405, 30, 30 V 5G, 20E, 10 SE, 10 Plus, 406, 305, Plex, 20 5G, 20L+, 20L, A30, 30E, 20Y, 20S, 30 LE, 10 5G UW, 20B, 205, L10Pro, and all other devices running Android 4.4 operate in an identical manner in terms of infringement.  As such, this Chart uses the TCL 40 5G as an exemplary product.

| Claim Language | Exemplary Infringement Evidence |
|---|---|
| **Claim 1** ||
| [1    Preamble]    A location-based service method using image data provided by a terminal equipped with a camera, and using location data that includes location information of the terminal, comprising: | To the extent the preamble is limiting, the Accused Products perform a location-based service method using image data provided by a terminal equipped with a camera, and using location data that includes location information of the terminal. For example, the Accused Products are equipped with a camera and use location-based image data.<br><br> |



| [1A] generating first image data with the terminal at a predetermined location; | The Accused Products generate first image data with the terminal at a predetermined location. For example, the Accused Products have multiple cameras for generating first image data at a predetermined location.  |
|---|---|

| [1B] receiving location data of the predetermined location; | The Accused Products receive location data of the predetermined location.  For example, the Accused Products receive location data through GPS. |
|---|---|
| | |

| | |
|---|---|
| [1C] prompting a user to choose whether or not to insert the received location data into the first image data to generate a second image data and, when the user chooses to do so, inserting the received location data into the first image data to generate a second image data; | The Accused Products prompt a user to choose whether or not to insert the received location data into the first image data to generate a second image data and, when the user chooses to do so, inserting the received location data into the first image data to generate a second image data.  For example, they prompt a user to choose whether to save location information.<br><br> |

| [1D] transmitting the second image data, the second image data including the first image data and the location data, to another terminal; | The Accused Products transmit the second image data, the second image data including the first image data and the location data, to another terminal. For example, the Accused Products practice sharing the second image data including the location data and first image data with Google Photos or via a QR code.<br><br> |
|---|---|

| | |
|---|---|
| [1E] receiving, at the another terminal, a selection input for an image corresponding to the second image data, from the user; | A selection input for an image corresponding to the second image data, from the user is received at another terminal.  For example, the other terminal receives a selection input of an image corresponding to the second image data.  |

| | |
|---|---|
| [1F] displaying, at the another terminal, an image corresponding to the first image data, and a menu inquiring about whether to select a location-based service; | The Accused Products display, at the another terminal, an image corresponding to the first image data, and a menu inquiring about whether to select a location-based service.  For example, the first image data is displayed at the second terminal with a location-based service selection menu.<br><br> |

| | |
|---|---|
| [1G] receiving, at the another terminal, via the displayed menu, a selection input for the location-based service, from the user; | The Accused Products receive, at the another terminal, via the displayed menu, a selection input for the location-based service, from the user.  For example, the other terminal receives a selection input for the maps location-based service.<br><br> |

| | |
|---|---|
| [1H] receiving, at the another terminal, location-based service data corresponding to the location data of the selected second image data; and | The Accused Products receive, at the another terminal, location-based service data corresponding to the location data of the selected second image data.  For example, the other terminal receives location based service data corresponding to the location data of the selected image.<br><br> |

| [1I] providing the location-based service to the another terminal by using the received location-based service data. | The Accused Products provide the location-based service to the another terminal by using the received location-based service data. For example, the location based service is provided to the other terminal by using the received location-based service data.  |
|---|---|

| CLAIM 3 | |
|---|---|
| [3] The location-based service method according to claim 1, wherein the map includes at least one of geographical information, traffic information, administrative district information, and information including the latitude and the longitude of the location data. | The Accused Products further practice the steps of wherein the map includes at least one of geographical information, traffic information, administrative district information, and information including the latitude and the longitude of the location data.  For example, the map corresponding to the location data shows geographical information and/or the latitude and longitude of the office where the image was taken.  |

| CLAIM 4 | |
|---|---|
| [4] The location-based service method according to claim 1, wherein the location-based service is a guiding service, wherein the receiving the selection input comprises transmitting a service request signal and the location data to a navigation system; wherein the navigation system provides a navigation data corresponding to the location data, as the location-based service data, and wherein the providing the location-based service comprises providing the guiding service by means of a navigator of the another terminal, which is displayed on a display section of the another terminal. | The Accused Products further practice the step of wherein the location-based service is a guiding service, wherein the receiving the selection input comprises transmitting a service request signal and the location data to a navigation system; wherein the navigation system provides a navigation data corresponding to the location data, as the location-based service data, and wherein the providing the location-based service comprises providing the guiding service by means of a navigator of the another terminal, which is displayed on a display section of the another terminal. For example, the guiding service may be providing directions via a navigation system such as the maps application on the second terminal phone. For example, the Maps app is a guiding service acting as a navigation system with navigation data corresponding to the location data of the image. The Maps app further provides directions to the location data of the image via the display on the second terminal phone.  |

| CLAIM 6 | |
|---|---|
| | The Accused Products further practice the step of wherein the navigation data comprises at least one of the information including the shortest route corresponding to the location data, traffic information and turnaround time. For example, the navigation data includes directions (i.e., shortest route and traffic information). |
| [6] The location-based service method according to claim 4, wherein the navigation data comprises at least one of the information including the shortest route corresponding to the location data, traffic information and turnaround time. |  |

| CLAIM 7 | |
|---|---|
| | The Accused Products further practice the step of wherein the location data are provided by a location data providing system. For example, the Accused Products provide location services via GPS. |
| [7] The location-based service method according to claim 1, wherein the location data are provided by a location data providing system. |  |

| CLAIM 9 | |
|---|---|
| | The Accused Products further practice the step of wherein the location data providing system is configured to provide the location data of the terminal using a Global Positioning System (GPS). For example, the Accused Products provide location services via GPS. |
| [9] The location-based service method according to claim 7, wherein the location data providing system is configured to provide the location data of the terminal using a Global Positioning System (GPS). |  |

| CLAIM 11 | |
|---|---|
| [11] The location-based service method according to claim 1, wherein the terminal equipped with the camera includes a camera phone or a digital camera. | The Accused Products further practice the step of wherein the terminal equipped with the camera includes a camera phone or a digital camera. For example, the Accused Products are camera phones.<br><br> |

| CLAIM 12 | |
|---|---|
| [12] The location-based service method according to claim 11, wherein the digital camera includes a module for receiving the location data. | The Accused Products further practice the step of wherein the digital camera includes a module for receiving the location data. For example, the Accused Products include a digital camera module for receiving the location data.  |

