**EXHIBIT G – EXEMPLARY INFRINGEMENT CHART OF U.S. PATENT NO. 8,537,977**

Accused Products: TCL 40SE, 40 NXTPaper, 40XL, 40 NxtPaper 5G, 20 Pro 5G, 403, 30 SE, 10 Pro, 20 R 5G, 30 XL, 10L, 10 5G, 20 SE, 408, 30+, 40 X, 40 XE, Stylus, 30 5G, 306, 30 XE 5G, ION X, 40R, A3, 40 X, 20 XE, 405, 30, 30 V 5G, 20E, 10 SE, 10 Plus, 406, 305, Plex, 20 5G, 20L+, 20L, A30, 30E, 20Y, 20S, 30 LE, 10 5G UW, 20B, 205, L10Pro, and all other devices running Android 4.4 operate in an identical manner in terms of infringement.  As such, this Chart uses the TCL 40 5G as an exemplary product.

| Claim Language | Exemplary Infringement Evidence |
|---|---|
| | **Claim 6** |
| [6 Preamble]       An apparatus for voice processing    in    a mobile communication terminal,           the apparatus comprising: | To the extent the preamble is limiting, the Exemplary Accused Product is an apparatus for voice processing in a mobile communication terminal. For example, the Exemplary Accused Product is a mobile telephone with voice processing.  |

| | |
|---|---|
| [6A]    a    first microphone installed on one side of the mobile communication terminal; | The Exemplary Accused Product comprises a first microphone installed on one side of the mobile communication terminal. For example, a first microphone is installed on the bottom side of the mobile telephone.  |



| SOUND | |
|---|---|
| Number of Speakers | 1 |
| Audio Amplifier | AW87390 |
| Microphone | 2, with noise cancellation |
| HD Voice | Yes |
| Default Music Player | YouTube Music |
| Supported Formats | WAV, MP3, AAC, AMR-NB, AMR-WB, MIDI, Vorbis, APE, FLAC, ADPCM, SWB |
| Headset Jack Size | 3.5mm |

| [6B] a second microphone installed on the other side of the mobile communication terminal; | The Exemplary Accused Product comprises a second microphone installed on the other side of the mobile communication terminal. For example, a second microphone is installed on the top side of the mobile telephone.  |

| [6C] a voice and noise processor for bypassing and outputting sound signals received through the first microphone and sound signals received through the second microphone, or canceling and outputting noise from among the first and second sound signals, respectively; | The Exemplary Accused Product comprises a voice and noise processor for bypassing and outputting sound signals received through the first microphone and sound signals received through the second microphone, or canceling and outputting noise from among the first and second sound signals, respectively. For example, the Exemplary Accused Product comprises the MediaTek Dimensity 700, MT 6833 processor. Fully intedgrated into the MediaTek processor is noise suppression. The MediaTek processor further uses Mediatek;s Dual Noise Reduction algorithm to extract, cancel, and/or suppress noise.<br><br>By way of example, the first sound signal may be the user's voice, while the second sound signal may by environmental noise. The voice and noice processor can bypass and output the sounds signals or can cancel or suppresses the environmental noise while outputing the user's voice, thereby enabling clearer audio or enhcanced speech on phone calls.<br><br><table><tr><td>**FEATURES**</td><td></td></tr><tr><td>Processor</td><td>MediaTek Dimensity 700, MT 6833</td></tr><tr><td>Speed & Type</td><td>2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core</td></tr><tr><td>Operating System and Version No.</td><td>Android 13</td></tr><tr><td>Sensors</td><td>GPS<br>Accelerometer (G sensor)<br>Proximity Sensor<br>Light Sensor<br>E-Compass<br>Gyro<br>Barometer</td></tr><tr><td>Fingerprint</td><td>Yes</td></tr><tr><td>Facial Recognition</td><td>Yes</td></tr><tr><td>Real Time Text (RTT)</td><td>Yes</td></tr><tr><td>SAR Rating</td><td>1.379 W/kg (ear) 1.125 W/kg (body)</td></tr></table> |

**Multiple Voice Assistant Support**

A variety of virtual assistants are available globally and support our daily lives in different ways. The Dimensity 700 can listen for multiple trigger words to wake up virtual assistants from global brands such as Google, Amazon, Baidu, Tencent, Alibaba, or other localized services.

Fully integrated into the chip, brands get a power and size optimized system with integral noise suppression that's easy to use and offers the greater consumer choice.

## Snap More Detail, Even at Night

Having a smartphone that can mix big cameras to capture more detail with specialist cameras and in-built accelerators for macro, portrait, and low-light enhancement, gives you great photography choices for every occasion. Meanwhile, advanced noise cancelling technologies work behind the scenes to ensure capturing photos and video indoors and at night always gives clear results.



Figure 3. MediaTek DMNR Block Diagram

| | |
|---|---|
| [6D] a voice recording function processor for encoding signals output from the voice and noise processor; and | The Exemplary Accused Product comprises a voice recording function processor for encoding signals output from the voice and noise processor. For example, the MediaTek processor encodes signals output as a voice recording function processor. |

| FEATURES | |
|---|---|
| Processor | MediaTek Dimensity 700, MT 6833 |
| Speed & Type | 2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core |
| Operating System and Version No. | Android 13 |
| Sensors | GPS<br>Accelerometer (G sensor)<br>Proximity Sensor<br>Light Sensor<br>E-Compass<br>Gyro<br>Barometer |
| Fingerprint | Yes |
| Facial Recognition | Yes |
| Real Time Text (RTT) | Yes |
| SAR Rating | 1.379 W/kg (ear) 1.125 W/kg (body) |

**Multiple Voice Assistant Support**

A variety of virtual assistants are available globally and support our daily lives in different ways. The Dimensity 700 can listen for multiple trigger words to wake up virtual assistants from global brands such as Google, Amazon, Baidu, Tencent, Alibaba, or other localized services.

Fully integrated into the chip, brands get a power and size optimized system with integral noise suppression that's easy to use and offers the greater consumer choice.

# Snap More Detail, Even at Night

Having a smartphone that can mix big cameras to capture more detail with specialist cameras and in-built accelerators for macro, portrait, and low-light enhancement, gives you great photography choices for every occasion. Meanwhile, advanced noise cancelling technologies work behind the scenes to ensure capturing photos and video indoors and at night always gives clear results.



Figure 3. MediaTek DMNR Block Diagram

| | |
|---|---|
| [6E] a controller for controlling operations of the voice and noise processor and the voice recording function processor based on the recording mode of the first and second sound signals. | The Exemplary Accused Product comprises a controller for controlling operations of the voice and noise processor and the voice recording function processor based on the recording mode of the first and second sound signals. For example, the Exemplary Accused Product comprises application programming interfaces which operates as a controller of the processors.<br><br>**2.3.3 HD audio recording and file tagging**<br><br>MediaTek Android chipsets include features to enable HD audio recording and audio file tagging.<br><br>For users HD audio offers better recording quality. The technology provides for 48 KHz stereo recording with support from noise reduction, dynamic range compression, and stereo enhancement technology.<br><br>In your audio apps, the API enables the HD audio recording mode to be set, and recording paused and restarted. The HD recording modes available adjust the level of noise reduction applied to the recording:<br><br>• Normal (noise reduction off), for situations where the acoustic characteristics of the environment need to be captured, for example when recording music.<br>• Indoor (medium level of noise reduction), for recordings where the main sound source is close by, for example when recording a meeting or voice memo.<br>• Outdoor (low level of noise reduction), for situations where there are higher levels of background noise or the sound source is some distance away, such as the speaker in a lecture as well as recording outdoors.<br><br>In addition, the API provides for setting audio file tags for album and artist information. This means that audio recorded from your app will be index correctly in the device's music player – for example the user could create a 'Jack's birthday' album and record 'Happy Birthday to Jack', 'Jack opening his presents', and more, then have instant access to the recordings from their music player.<br><br>The APIs (com.mediatek.media) enable you to make full use of the HD recording settings and file tagging in your audio apps. |

| Claim 7 | |
|---|---|
| [7 Preamble] The apparatus as claimed in claim 6, wherein, when the recording mode of the first and second sound signals is a mono mode, the voice and noise processor comprises: | To the extent the preamble is limiting, the Exemplary Accused Product comprises a mono recording mode. For example, the Exemplary Accused Product has various audio input options, including a mono audio mode.  |

| [7A] a noise processor for canceling noise from the first and second sound signals; and | The Exemplary Accused Product comprises a noise processor for canceling noise from the first and second sound signals. For example, the MediaTek processor cancels or suppress unwanted noise from the sound signals depending on the AI or algorithm based technology settings. Unwanted noise from the sound signals is cancelled or suppressed. |
|---|---|

| FEATURES | |
|---|---|
| Processor | MediaTek Dimensity 700, MT 6833 |
| Speed & Type | 2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core |
| Operating System and Version No. | Android 13 |
| Sensors | GPS<br>Accelerometer (G sensor)<br>Proximity Sensor<br>Light Sensor<br>E-Compass<br>Gyro<br>Barometer |
| Fingerprint | Yes |
| Facial Recognition | Yes |
| Real Time Text (RTT) | Yes |
| SAR Rating | 1.379 W/kg (ear) 1.125 W/kg (body) |



Figure 3. MediaTek DMNR Block Diagram

| | |
|---|---|
| [7B]    a    signal filtering/combination processor    for combining the noise-free    first    sound signals    with    the noise-free    second sound    signals, thereby    generating synthesized signals. | The Exemplary Accused Product comprises a signal filtering/combination processor for combining the noise-free first sound signals with the noise-free second sound signals, thereby generating synthesized signals. For example, the MediaTek processor combines the noise-free signals to generate synthesized signals to create clear and seamless calls.<br><br>**FEATURES**<br><br>Processor — MediaTek Dimensity 700, MT 6833<br>Speed & Type — 2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core<br>Operating System and Version No. — Android 13<br>Sensors — GPS, Accelerometer (G sensor), Proximity Sensor, Light Sensor, E-Compass, Gyro, Barometer<br>Fingerprint — Yes<br>Facial Recognition — Yes<br>Real Time Text (RTT) — Yes<br>SAR Rating — 1.379 W/kg (ear) 1.125 W/kg (body) |



Figure 3. MediaTek DMNR Block Diagram

| Claim 8 | |
|---|---|
| [8 Preamble] The apparatus as claimed in claim 6, wherein, when the recording mode of the first and second sound signals is a mono mode, the voice and noise processor comprises: | To the extent the preamble is limiting, the Exemplary Accused Product comprises a mono recording mode. For example, the Exemplary Accused Product has various audio input options via the two microphones. At least the top microphone and bottom microphone audio input options can be in a mono recording mode.<br><br> |

| [8A] a noise processor for bypassing the first and second sound signals without noise cancelation processing; and | The Exemplary Accused Product comprises a noise processor for bypassing the first and second sound signals without noise cancelation processing. For example, the MediaTek processor can bypasses the sound signals without noise cancellation or suppression in the normal mode, which reflects real speech and ambient noise. |
|---|---|

| FEATURES | |
|---|---|
| Processor | MediaTek Dimensity 700, MT 6833 |
| Speed & Type | 2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core |
| Operating System and Version No. | Android 13 |
| Sensors | GPS<br>Accelerometer (G sensor)<br>Proximity Sensor<br>Light Sensor<br>E-Compass<br>Gyro<br>Barometer |
| Fingerprint | Yes |
| Facial Recognition | Yes |
| Real Time Text (RTT) | Yes |
| SAR Rating | 1.379 W/kg (ear) 1.125 W/kg (body) |

### 2.3.3 HD audio recording and file tagging

MediaTek Android chipsets include features to enable HD audio recording and audio file tagging.

For users HD audio offers better recording quality. The technology provides for 48 KHz stereo recording with support from noise reduction, dynamic range compression, and stereo enhancement technology.

In your audio apps, the API enables the HD audio recording mode to be set, and recording paused and restarted. The HD recording modes available adjust the level of noise reduction applied to the recording:

- Normal (noise reduction off), for situations where the acoustic characteristics of the environment need to be captured, for example when recording music.
- Indoor (medium level of noise reduction), for recordings where the main sound source is close by, for example when recording a meeting or voice memo.
- Outdoor (low level of noise reduction), for situations where there are higher levels of background noise or the sound source is some distance away, such as the speaker in a lecture as well as recording outdoors.

In addition, the API provides for setting audio file tags for album and artist information. This means that audio recorded from your app will be index correctly in the device's music player – for example the user could create a 'Jack's birthday' album and record 'Happy Birthday to Jack', 'Jack opening his presents', and more, then have instant access to the recordings from their music player.

The APIs (`com.mediatek.media`) enable you to make full use of the HD recording settings and file tagging in your audio apps.

| [8B] a signal filtering/combination processor for combining the bypassed first and second sound signals, thereby generating synthesized signals. | The Exemplary Accused Product comprises a signal filtering/combination processor for combining the bypassed sound signals, thereby generating synthesized signals. For example, the MediaTek processor combines the bypassed signals to generate synthesized signals with minimal audio filtering of speech and noise. |
|---|---|

| FEATURES | |
|---|---|
| Processor | MediaTek Dimensity 700, MT 6833 |
| Speed & Type | 2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core |
| Operating System and Version No. | Android 13 |
| Sensors | GPS<br>Accelerometer (G sensor)<br>Proximity Sensor<br>Light Sensor<br>E-Compass<br>Gyro<br>Barometer |
| Fingerprint | Yes |
| Facial Recognition | Yes |
| Real Time Text (RTT) | Yes |
| SAR Rating | 1.379 W/kg (ear) 1.125 W/kg (body) |



Figure 3. MediaTek DMNR Block Diagram

| Claim 9 | |
|---|---|
| [9] The apparatus as claimed in claim 6, wherein, when the recording mode of the first and second sound signals is a stereo mode, the voice and noise processor bypasses the first and second sound signals without noise cancelation processing. | The Exemplary Accused Product comprises a stereo recording mode. For example, the Exemplary Accused Product can toggle the mono audio. When the mono audio is toggled off, the Exemplary Accused Product is in stereo mode. In the stereo mode, the MediaTek processor may bypass the sound signals without noise cancelation processing in the normal mode, which reflects voices and ambient sounds.  |

### 2.3.3  HD audio recording and file tagging

MediaTek Android chipsets include features to enable HD audio recording and audio file tagging.

For users HD audio offers better recording quality. The technology provides for 48 KHz stereo recording with support from noise reduction, dynamic range compression, and stereo enhancement technology.

In your audio apps, the API enables the HD audio recording mode to be set, and recording paused and restarted. The HD recording modes available adjust the level of noise reduction applied to the recording:

- Normal (noise reduction off), for situations where the acoustic characteristics of the environment need to be captured, for example when recording music.
- Indoor (medium level of noise reduction), for recordings where the main sound source is close by, for example when recording a meeting or voice memo.
- Outdoor (low level of noise reduction), for situations where there are higher levels of background noise or the sound source is some distance away, such as the speaker in a lecture as well as recording outdoors.

In addition, the API provides for setting audio file tags for album and artist information. This means that audio recorded from your app will be index correctly in the device's music player – for example the user could create a 'Jack's birthday' album and record 'Happy Birthday to Jack', 'Jack opening his presents', and more, then have instant access to the recordings from their music player.

The APIs (com.mediatek.media) enable you to make full use of the HD recording settings and file tagging in your audio apps.



Figure 3. MediaTek DMNR Block Diagram

| Claim 18 | |
|---|---|
| [18 Preamble] A method for processing sound signals received through first and second microphones installed on a mobile communication terminal, the method comprising the steps of: | To the extent the preamble is limiting, the Exemplary Accused Products practice a method for processing sound signals received through first and second microphones installed on a mobile communication terminal. For example, the Exemplary Accused Products are a mobile communications terminal that process received sound signals through a first microphone and a second microphone. The MediaTek Dimensity 700, MT 6833 processor is used for processing the received sound signals.

**SOUND**

| Number of Speakers | 1 |
| Audio Amplifier | AW87390 |
| Microphone | 2, with noise cancellation |
| HD Voice | Yes |
| Default Music Player | YouTube Music |
| Supported Formats | WAV, MP3, AAC, AMR-NB, AMR-WB, MIDI, Vorbis, APE, FLAC, ADPCM, SWB |
| Headset Jack Size | 3.5mm | |

| FEATURES | |
|---|---|
| Processor | MediaTek Dimensity 700, MT 6833 |
| Speed & Type | 2x 2.2GHz + 6 x 2.0GHz . Up to 2.2GHz Octa-core |
| Operating System and Version No. | Android 13 |
| Sensors | GPS<br>Accelerometer (G sensor)<br>Proximity Sensor<br>Light Sensor<br>E-Compass<br>Gyro<br>Barometer |
| Fingerprint | Yes |
| Facial Recognition | Yes |
| Real Time Text (RTT) | Yes |
| SAR Rating | 1.379 W/kg (ear) 1.125 W/kg (body) |

| (a) receiving a first sound signal through the first microphone and receiving a second sound signal through the second microphone; | The Exemplary Accused Products practice receiving a first sound signal through the first microphone and receiving a second sound signal through the second microphone. For example, a first sound signal such as environmental noise is received through the first microphone while a second sound signal such as the user's voice is received through the second microphone. |
|---|---|

**SOUND**

| | |
|---|---|
| Number of Speakers | 1 |
| Audio Amplifier | AW87390 |
| Microphone | 2, with noise cancellation |
| HD Voice | Yes |
| Default Music Player | YouTube Music |
| Supported Formats | WAV, MP3, AAC, AMR-NB, AMR-WB, MIDI, Vorbis, APE, FLAC, ADPCM, SWB |
| Headset Jack Size | 3.5mm |

| | |
|---|---|
| (b) determining whether the recording mode of the received first and second sound signals is set to a mono mode or a stereo mode; | The Exemplary Accused Products practice determining whether the recording mode of the received first and second sound signals is set to a mono mode or a stereo mode. For example, the Exemplary Accused Product has various audio input options. At least the front and rear audio input options are a mono recording mode. The MediaTek processor determines which recording mode is set. The mono mode can be toggled on or off, with off being the stereo mode.<br><br> |

| | |
|---|---|
| (c) combining the first sound signals with the second sound signals to generate synthesized signals when the recording mode of the received first and second signals is set to a mono mode, based on the determination result in step (b); | The Exemplary Accused Products practice combining the first sound signals with the second sound signals to generate synthesized signals when the recording mode of the received first and second signals is set to a mono mode, based on the determination result in step (b). For example, when determined to be in the mono modes, the sound signals are combined by the MediaTek chip to generate synthesized signals.<br><br><br><br>**Figure 3. MediaTek DMNR Block Diagram** |

| | |
|---|---|
| (d) encoding the combined signals and storing the encoded signals in a mono mode; and | The Exemplary Accused Products practice encoding the combined signals and storing the encoded signals in a mono mode. For example, the MediaTek processor encodes the combined signals and stores the encoded signals in a mono mode.  Figure 3. MediaTek DMNR Block Diagram |

| (e) encoding each of the first sound signals and the second sound signals and storing the encoded signals in a stereo mode when the recording mode of the received first and second sound signals is set to a stereo mode, based on the determination result in step (b). | The Exemplary Accused Products practice encoding each of the first sound signals and the second sound signals and storing the encoded signals in a stereo mode when the recording mode of the received first and second sound signals is set to a stereo mode, based on the determination result in step (b). For example, the Exemplary Accused Product has various audio input options. The mono audio mode can be toggled off, resulting in a stereo recording mode. When the mono mode is toggled off, the MediaTek chip encodes the sound signals and stores the encoded signals in a stereo mode.  *Figure 3. MediaTek DMNR Block Diagram* |

| Claim 19 | |
|---|---|
| [19] The method as claimed in claim 18, further comprising the step of canceling the noise of the first sound signal based on the noise of the second sound signals when the recording mode of the first and second sound signals is set to a mono mode, based on the determination result in step (b). | The Exemplary Accused Products further practice the step of canceling the noise of the first sound signal based on the noise of the second sound signals when the recording mode of the first and second sound signals is set to a mono mode, based on the determination result in step (b). For example, the MediaTek processor may cancel the noise of the first sound signal such as environmental noise in favor of the noise of the second sound signal such as the user's voice when the recording mode is set to a mono mode such as the front or rear input options and set to indoor mode.<br><br>**2.3.3 HD audio recording and file tagging**<br><br>MediaTek Android chipsets include features to enable HD audio recording and audio file tagging.<br><br>For users HD audio offers better recording quality. The technology provides for 48 KHz stereo recording with support from noise reduction, dynamic range compression, and stereo enhancement technology.<br><br>In your audio apps, the API enables the HD audio recording mode to be set, and recording paused and restarted. The HD recording modes available adjust the level of noise reduction applied to the recording:<br><br>• Normal (noise reduction off), for situations where the acoustic characteristics of the environment need to be captured, for example when recording music.<br><br>• Indoor (medium level of noise reduction), for recordings where the main sound source is close by, for example when recording a meeting or voice memo.<br><br>• Outdoor (low level of noise reduction), for situations where there are higher levels of background noise or the sound source is some distance away, such as the speaker in a lecture as well as recording outdoors.<br><br>In addition, the API provides for setting audio file tags for album and artist information. This means that audio recorded from your app will be index correctly in the device's music player – for example the user could create a 'Jack's birthday' album and record 'Happy Birthday to Jack', 'Jack opening his presents', and more, then have instant access to the recordings from their music player.<br><br>The APIs (com.mediatek.media) enable you to make full use of the HD recording settings and file tagging in your audio apps. |



Figure 3. MediaTek DMNR Block Diagram